UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA LEVI ALGER,

Plaintiff,

v.

CHURCH, et al.,

Defendants.
_______________________________/

Case No. 2:24-cv-10316

District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

**ORDER DENYING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER (ECF NO. 54)**

Plaintiff has filed another motion to extend discovery. (ECF No. 54.) Defendants have filed a response. (ECF No. 57.) The Court determines that it does not need to await a reply, as a reply is only optional and would not change the outcome. Plaintiff's motion (ECF No. 54) is **DENIED** for five reasons:

(1) For the reasons stated in the Court's recent order denying his motion for a 180-day extension of discovery or for a stay (ECF No. 53), which are fully incorporated by this reference;

(2) For the reasons stated in Defendants' response (ECF No. 57);

(3) Because Plaintiff continues to assert vague explanations for his lack of diligence in pursuing discovery;

(4) Because the motion is essentially a motion for reconsideration of the Court's prior order denying this SAME relief (ECF 53), *e.g.*, a post-hoc extension of discovery, and such motions "are disfavored," yet the motion is untimely under E.D. Mich. LR 7.1(h)(2) and does not otherwise meet the requirements of E.D. Mich. LR 7.1(h)(2)(A-C); and,

(5) Plaintiff failed to file a timely objection to the Court's prior order (ECF No. 53) under Fed. R. Civ. P. 72(a), and the Court will not reward a back-door attempt to re-open discovery where objections to the previous order denying an extension have been waived.

Plaintiff is **HEREBY ADVISED** that any additional motions seeking to extend or re-open discovery will be stricken without consideration.

It is **SO ORDERED**.

Dated: September 1, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE