UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA LEVI ALGER,

Plaintiff,

v.

CHURCH, et al.,

Defendants.
_______________________________/

Case No. 2:24-cv-10316

District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

**ORDER GRANTING PLAINTIFF'S REQUEST FOR BRIEFING EXTENSION (ECF NO. 63)**

Plaintiff has filed a "Notice to the Courts" (ECF No. 63) that explains why he cannot respond on time to the pending motion for summary judgment (ECF No. 60) due to his mental health segregation and his recent transitioning into protective custody, both of which have kept him from access to his legal papers and legal writer. He reports that his release date is November 1, 2026, and accordingly, requests an extension on his briefing deadline until December 16, 2026. The Court finds good cause for the requested extension, **GRANTS** his request and sets the new deadline for filing a summary judgment response brief at **December 15, 2026**, as requested. **IT IS SO ORDERED.**

Dated: September 28, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE